**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MXP Operating LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4540820** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4757 W Park Blvd, Suite 113 #174** <br> **Plano, TX 75093** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Denton** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **MXP Operating LLC**                                          Case number (*if known*) _____
        Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **MXP Operating LLC** _____    Case number (*if known*) _____
   Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor      **MXP Operating LLC**
_____
Name                                                    Case number (*if known*)  _____

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **MXP Operating LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 10, 2023**
                MM / DD / YYYY

**X** /s/ Rachel T. Patman, Esq.               Rachel T. Patman, Esq.
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** /s/ Eric A. Liepins               Date **August 10, 2023**
Signature of attorney for debtor               MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**      Email address **eric@ealpc.com**

**12338110 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **MXP Operating LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 10, 2023**    X **/s/ Rachel T. Patman, Esq.**
                Signature of individual signing on behalf of debtor

                            **Rachel T. Patman, Esq.**
                            Printed name

                            **Managing Member**
                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MXP Operating LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Products & Systems Technology 7 Laser Ln Wallingford, CT 06492-1928** | | | **Disputed** | | | **$1,179,595.82** |
| **Alan Deane Pierce 112 Lake Bridge Ln League City, TX 77573** | | | | | | **$53,731.00** |
| **AWL Muddlogging Services 221 W 12th Street Ada, OK 74820** | | | | | | **$32,500.00** |
| **BCB Services, LLC 5524 Country Road 304 Grandview, TX 76050** | | | | | | **$24,500.00** |
| **Canadian Water Well Rental, LLC 10920 US Hwy 60 Canadian, TX 79014** | | | | | | **$21,863.76** |
| **D.J.F. Services, Inc PO Box 150 Holdenville, OK 74848** | | | | | | **$34,240.56** |
| **Don Ellis Engine Service, Inc 35554 EW 120 Seminole, OK 74868** | | | | | | **$27,176.67** |
| **Frontier Fuel Co. 323 Denver Ave. PO Box 128 Dalhart, TX 79022** | | | | | | **$94,505.72** |

Debtor    **MXP Operating LLC**                                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henderson Supply LLC P.O. Box 906 Duncan, OK 73534** | | | | | | $41,301.14 |
| **Neumeier Drilling Fluids LLC P.O. Box 753 Canadian, TX 79014** | | | | | | $512,157.60 |
| **Pason Systems USA Corp 7701 West Little York Suite 800 Houston, TX 77040** | | | | | | $38,560.49 |
| **Quasar Energy Services, Inc 3288 FM 51 Gainesville, TX 76240** | | | | | | $140,780.90 |
| **R.K. PIPE & SUPPLY, LLC 4115 S. LEWIS ST PORT OF IBERIA NEW IBERIA, LA 70560** | | | | | | $128,235.60 |
| **Scientific Drilling Scientific Drilling 16701 Greenspoint Park Dr Suite 200 Houston, TX 77060** | | | **Contingent Unliquidated Disputed** | | | $1,207,631.79 |
| **Smith Bits P.O. Box 732136 Dallas, TX 75373-2136** | | | | | | $32,316.32 |
| **Summit Laydown Services Inc. P.O. Box 34300 Fort Worth, TX 76162** | | | | | | $43,425.00 |
| **Super Heaters LLC PO Box 421328 Houston, TX 77242** | | | | | | $19,634.67 |
| **T.L.C RENTALS, INC P.O. BOX 487 CANUTE, OK 73626** | | | | | | $39,009.02 |
| **XP Oilfield Consultants LLC 318 FM 2488 Covington, TX 76636** | | | | | | $4,120,954.20 |

Debtor    **MXP Operating LLC**                                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yellow Jacket Oilfield Services LLC P.O Box 841516 Dallas, TX 75284-1396** | | | | | | **$557,059.77** |

**Fill in this information to identify the case:**

Debtor name   **MXP Operating LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................   $       **2,732,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $       **2,732,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$       **8,603,928.21**

4.   Total liabilities .................................................................................................................................
   Lines 2 + 3a + 3b      $       **8,603,928.21**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **MXP Operating LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **First National Bank** | | | $0.00 |
| 3.2. | **Prosperityt Bank - garnished** | | | $2,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $2,000.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

Debtor   **MXP Operating LLC**                                    Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | **1,000,000.00** | - | **0.00** | = .... | **$1,000,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **230,000.00** | - | **0.00** | = .... | **$230,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                      **$1,230,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor   **MXP Operating LLC**                                    Case number *(If known)* _____
_____
Name

| Debtor owns interest in 2 rigs (50% interest in each rig) | $0.00 | | $1,000,000.00 |
|---|---|---|---|
| Debtor owns pumping units, pipe, tubing, tanks | $0.00 | | $500,000.00 |

| 51. | **Total of Part 8.** | | $1,500,000.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Debtor has claims against Alpha Seven for unpaid expenses Debtor estimates the amount owed to be over $8,000,000. Debtor has claims against Scientific Development for approximately $1,000,000 | $0.00 |
| | **Nature of claim** _____ | |
| | **Amount requested**          $0.00 | |

| Debtor | **MXP Operating LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Debtor beleives it has an interst in a Farmout agreement in Mesa Vista** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **MXP Operating LLC**                                      Case number *(If known)* _____
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,230,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,500,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,732,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,732,000.00 |

**Fill in this information to identify the case:**

Debtor name __**MXP Operating LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **MXP Operating LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | |
| | **1888 Industrial Services LLC** | **Unknown** |
| | **PO Box 1220** | |
| | **Ault, CO 80610** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | |
|---|---|---|
| | **A&B Construction and Hauling** | **Unknown** |
| | **11721 NS 3540** | |
| | **Seminole, OK 74868** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | |
|---|---|---|
| | **Ada Energy Services, LLC** | **Unknown** |
| | **621 W Northwest Highway** | |
| | **Suite 257** | |
| | **Dallas, TX 75225** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| **3.4** | Nonpriority creditor's name and mailing address | |
|---|---|---|
| | **Advanced Products & Systems Technology** | **$1,179,595.82** |
| | **7 Laser Ln** | |
| | **Wallingford, CT 06492-1928** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,343.49**

**Aeon Gas Measurement, LLC**
**PO BOX 570**
**Tulsa, OK 74101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,731.00**

**Alan Deane Pierce**
**112 Lake Bridge Ln**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aldo Cesar Olivo**
**205 10th Street**
**Canadian, TX 79014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,248.00**

**Alfredo Eduardo Renteria**
**1601 W Somerville St, APT 713**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,108.00**

**Alfredo Renteria**
**1610 N Russell St**
**Pampa, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alphonso/Nancy W./H.Mayers/Mayers**
**P.O. Box 475**
**Cleveland, NC 27013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Altus Global Trade Solutions**
**2400 Veternas Memorial Blvd**
**Suite 300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address

**Angel Chavira**
**505 N Dwight Street**
**Pampa, TX 79065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.13** | Nonpriority creditor's name and mailing address

**Angel Damian Monarrez**
**717 N Doucette ST**
**Pampa, TX 79065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14** | Nonpriority creditor's name and mailing address

**Apala Welding**
**13162 NS 3650**
**Wewoka, OK 74884**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address

**Arturo Martinez**
**2308 S Houston St**
**Amarillo, TX 79103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address

**Arturo Posadas**
**2308 S Houston St**
**Amarillo, TX 79103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address

**AT&T Mobility**
**P.O BOX 6463**
**CAROL STREAM, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address

**AWL Muddlogging Services**
**221 W 12th Street**
**Ada, OK 74820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32,500.00**

---

Debtor   **MXP Operating LLC**
_____

Name                                                    Case number (if known) _____

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,722.50** |

**3.19**

**Nonpriority creditor's name and mailing address**

**B&H Construction, LLC**
**301 James Dean Dr.**
**Norman, OK 73072-9793**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,722.50**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**B.O.P. Ram-Block & Iron Rentals, Inc**
**P.O. Box 872**
**Weatherford, OK 73096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,218.53**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Bailey's Well Service. LLC**
**110149 N. 3720 Rd**
**Okemah, OK 74859**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,400.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Baker Hughes Oilfield Operations LLC**
**P.O BOX 301057**
**DALLAS, TX 75303-1057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**BCB Services, LLC**
**5524 Country Road 304**
**Grandview, TX 76050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24,500.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Big A Services**
**1124 Cottonwood**
**Ada, OK 74820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Billy Sharber**
**P.O. Box 71**
**Konawa, OK 74849**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **MXP Operating LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Bison Oilfield Services LLC**<br>**PO Box 248819**<br>**Oklahoma City, OK 73124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Blevins Oilfield Sales & Service**<br>**30243 N 2969 Rd**<br>**Cashion, OK 73016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|
| **Brandon Burton**<br>**102 S Harvey St**<br>**Wewoka, OK 74884** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Brandon Dyke**<br>**46069 Sarges Rd.**<br>**Tecumseh, OK 74873** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.74** |
|---|---|---|
| **C & C Tank Truck Service, Inc**<br>**PO Box 150**<br>**Holdenville, OK 74848** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **C & J Trucks, LLC**<br>**3416 Hwy 99 N**<br>**Seminole, OK 74868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cade Moncrief**<br>**2282 CS 2815**<br>**Chickasha, OK 73018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cade Scott Muncrief**
**2282 CS 2815**
**Chickasha, OK 73018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CAN Global USA Inc**
**4740 United Dr**
**Oklahoma City, OK 73179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,863.76** |
|---|---|---|---|

**Canadian Water Well Rental, LLC**
**10920 US Hwy 60**
**Canadian, TX 79014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cesar Mondragon**
**414 Giraud Avenue**
**Canadian, TX 79014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,480.00** |
|---|---|---|---|

**Cesar Morales**
**612 N Bradley Dr**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles B. Davis**
**207 West Main**
**Suite 200**
**Norman, OK 73069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Lee Wells**
**7129 S Santa Fe Avenue A**
**Oklahoma City, OK 73139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,592.00**

**Circle G Construction**
**301 South Bailey**
**Electra, TX 76360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$803.40**

**Clean Sweep Rentals, LLC**
**P.O BoX 2226**
**Seminole, OK 74818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Complete Energy Services Inc**
**PO Box 3907**
**Enid, OK 73702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Control Flow Inc.**
**PO Box 40788**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Core Laboratories LP**
**6316 Windfern**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,998.85**

**Cudd Pressure Control, Inc**
**PO Box 203379**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**D&L Wishbone, LLC**
**4929 Scenic Rte**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,240.56**

**D.J.F. Services, Inc**
PO Box 150
Holdenville, OK 74848

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dakota Pruitt**
1920 S 22nd St, Apt 4
Chickasha, OK 73018

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,460.00**

**Damian Monarrez**
717 N Doucette St
Pampa, TX 79065

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daniel Barnhill**
8787 Denman Road
Lexington, OH 44904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Davenport Service Company**
PO Box 834
Cleburne, TX 76033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Lopez**
1001 Tina Street
Cleburne, TX 76031

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.63**

**DAVID PAT PATMAN**
PO BOX 628
RIO VISTA, TX 76093

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Davis & Davis Machine Shop, Inc**
111 East Wise Street
Bowie, TX 76230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,592.50**

**Davis Geomatics, LLC Professional Geomat**
PO Box 4061
Amarillo, TX 79116-4061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,660.00**

**Dean's Casing Service**
PO Box 787
Holdenville, OK 74848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dedicated Electric LLC**
2717 Hill Lane
Cleburne, TX 76031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Derrick Humphries**
404 North 9th St
Tonkawa, OK 74653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Divergent Acquisitions Group, LLC**
102 N. College Ave. Suite 1023
Tyler, TX 75702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,176.67**

**Don Ellis Engine Service, Inc**
35554 EW 120
Seminole, OK 74868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Earl Neatherlin, Inc**
11456 St Hwy 6
Avoca, TX 79503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,762.08** |
|---|---|---|---|

**Edge Services**
P.O. Box 609
Woodward, OK 73802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EFRAIN SILVA**
925 S Banks
Pampa, TX 79065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |
|---|---|---|---|

**Electric Service Company, Inc**
PO Box 192
Seminole, OK 74818-0192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elite Casing Services**
PO Box 555
Woodward, OK 73802-0555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ellis Leasing Company**
35554 EW 1120
Seminole, OK 74868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,884.00** |
|---|---|---|---|

**Enrique Valenzuela**
419 2nd Street
Canadian, TX 79014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Environmental Testing Inc**
4619 N Santa Fe Avenue
Oklahoma City, OK 73118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Excell Services LLC**
36629 US Highway 385
Wray, CO 80758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Express Development Inc.**
8580 County Road 167
McKinney, TX 75071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fernando Mendez**
1120 S. Dwight Street
Pampa, TX 79065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.14**

**Filtration & Hose Specialties, LLC Filtr**
1505 S. Treadaway Blvd
P.O Box 1619
Abilene, TX 79602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,816.25**

**Flint Equipment LLC**
PO Box 311
Drumright, OK 74030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Flying A Enterprises LLC A&B Constructio**
11721 NS 3540
Seminole, OK 74868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fred's Rathole, LLC**
**208 NE 3DR ST**
 **OK 73052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,505.72** |
|---|---|---|---|

**Frontier Fuel Co.**
**323 Denver Ave.**
**PO Box 128**
**Dalhart, TX 79022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel Castro**
**822 N Sommerville Street**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel Hernandez**
**1128 S Dwight St**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.60** |
|---|---|---|---|

**General, Inc.**
**PO Box 504**
**Laverne, OK 73848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2146**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Global Drill Service, LLC**
**147 Dayspring Lane**
**Morrisdale, PA 16858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,371.12** |
|---|---|---|---|

**H&H Oilfield Supply, Inc**
**3625 Sienna Ridge Dr**
**New Castle, OK 73065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hair's Construction**
911 Broadway
Seminole, OK 74868

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00**

**Hale's Rocking H Transport, LLC**
P.O. Box 1267
Seminole, OK 74818

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Heartland Energy Solutions, LLC**
PO Box 548
El Reno, OK 73036

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,248.00**

**Hector Olivo Cardenas**
711 E. Elsie Ave
Canadian, TX 79014

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Henderson Rig & Equipment**
6750 Bender Rd
Humble, TX 77396

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,301.14**

**Henderson Supply LLC**
P.O. Box 906
Duncan, OK 73534

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Herriman Oilfield Services, LLC**
13998 NS 3520
Konawa, OK 74849

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Herzfeld Fabricators**<br>**PO Box 2325**<br>**Whicita Falls, TX 76307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hooten Oil, LLC**<br>**12583 South Highway 99**<br>**Seminole, OK 74868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hoss Service LLC**<br>**809 SW 29th Street**<br>**El Reno, OK 73036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hundley Hydraulic**<br>**PO Box 656**<br>**Grandview, TX 76050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **I-Com Battery Supply co**<br>**201 N. Kickapoo Ave**<br>**Shawnee, OK 74801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **ImCooter Data LLC**<br>**1528 Moody Lane**<br>**Glen Rose, TX 76043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,910.00** |
|---|---|---|
| **Impulse Downhole Tools**<br>**546 Stonegate Dr**<br>**Katy, TX 77494** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **MXP Operating LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Insurance Finance Company, LLC IFC**
**P.O. Box 315**
**Des Moines, IA 50306-1315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$997.00** |
| --- | --- | --- | --- |

**J & B Well Service, Inc**
**1002 Energy Drive**
**Albine, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,964.44** |
| --- | --- | --- | --- |

**Jack's Flex Pipe LLC**
**P.O BoX 71**
**Konawa, OK 74849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**JACOB WARREN CALHOUN**
**14014 NS 3470**
**Konawa, OK 74849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jarod Wikinsen**
**901 NW CR 1420**
**Blooming Grove, TX 76626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jason Blanton**
**P.O Box 846**
**Stroud, OK 74079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jason K Tilton**
**63874 708 Trl Rd**
**Dawson, NE 68337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jason Wayne Applegate
11585 CR E
Pampa, TX 79063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

JAVIER SALAZAR
524 MAGNOLIA
PAMPA, TX 79065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

JESSE CURREN
P.O. BOX 266
McLoud, OK 74851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jesus Herrera
210 W 1st Street
PO Box 1115
Wheeler, TX 79096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,648.00**

JESUS MATOS
912 VARNON DR
PAMPA, TX 79065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jesus Soto
1076 Prairie Dr
Pampa, TX 76065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joel Dewaynne Subia
402 E Georgia
Anedarko, OK 73005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110**

**Nonpriority creditor's name and mailing address**

**John Dickenson**
**802 Oklahoma St**
**Chickasha, OK 73018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**John Thomas Mail**
**7202 North Pennsylvania St.**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Jon Mershawn Consulting Inc**
**100 W Lone Cedar Pike**
**Blooming Grove, TX 76626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Jordan Rodriguez**
**3865 State Hwy 92**
**Chickasha, OK 73018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**Joseph Armstrong**
**324 Skyline Dr**
**Victoria, TX 77905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Joseph Santos**
**1709 South 13th St**
**Chickasha, OK 73018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**

**Nonpriority creditor's name and mailing address**

**Josue Silva**
**717 Doucette St**
**Pampa, TX 79065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,108.00**

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Juan Chavira
1220 E. Darby
Pampa, TX 79065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Keith Ward
207 N 7th ST
Tonkawa, OK 74653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Kenneth Magness
19353 Aes RD
Spiro, OK 74959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kinetic Business/Windstream
1720 Galleria Blvd
Charlotte, NC 28270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lance Morris
611 S Harrison Crosbyton
Crosbyton, TX 79322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Leonardo Reza
P.O. Box 694
Sayre, OK 73662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.63**

Liberty Packer Sales & Service, LLC
8408 Highway 277 South
Abilene, TX 79606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lone Star Trailers**
**6610 N IH 35**
**Lacy Lakeview, TX 76705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LONGHORN WELL TESTING, LLC**
**420 WEST THIRD ST.**
**MCLEAN, TX 79057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LRM Pipe LLC**
**369 EAST 8th Street**
**CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Luis Antonio Perez**
**25338 US Hwy 270 #40**
**Woordward, OK 73801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,248.00**

**Luis Armendariz**
**425 N Dwight ST**
**PAMPA, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Makaata Holdings, LLC**
**P.O. Box 4470**
**State Line, NV 89449-4470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mallard Oilfield Equipment**
**125 N Sunnylane**
**Moore, OK 73160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address

**Marcos Resendez**
**524 N Lefors St**
**Pampa, TX 79065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,524.00**

---

**3.132** | Nonpriority creditor's name and mailing address

**Marlon Petsemoie**
**25482 S.H. 1E**
**ALLEN, OK 74825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133** | Nonpriority creditor's name and mailing address

**Martin Ochoa**
**640 Locust Street**
**Canadian, TX 79014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134** | Nonpriority creditor's name and mailing address

**Matt Branson**
**415 W Lawrence**
**Blackwell, OK 74631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135** | Nonpriority creditor's name and mailing address

**Mcmains Law, P.C**
**201 N. Second Street**
**Seminole, OK 74818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136** | Nonpriority creditor's name and mailing address

**Melissa Wallace**
**3721 NW 25TH ST**
**OKLAHOMA CITY, OK 73107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137** | Nonpriority creditor's name and mailing address

**MHS Services LLC**
**510 S Highland Street**
**Ada, OK 74820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,826.00**

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Patman**
**318 FM 2488**
**Covington, TX 76636**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miller Pump Systems, LLC**
**PO Box 140720**
**Broken Arrow, OK 74014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morris Powell**
**46205 WESTECH RD**
**SHAWNEE, OK 74804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MSH LLC**
**11038 Sate Hwy 99N**
**Ada, OK 74820**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MXP Operating LLC**
**318FM 2488**
**Covington, TX 76058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512,157.60** |
|---|---|---|---|

**Neumeier Drilling Fluids LLC**
**P.O. Box 753**
**Canadian, TX 79014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nextlink Internet**
**95 Parker Oaks Lane**
**Hudson Oaks, TX 76087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Nortex Construction Co**
**834 SE 34th Avenue**
**Amarillo, TX 79103-5800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**O & B Tank Co. Inc**
**512 W Hwy 15**
**Darrouzett, TX 79024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**OLG Seminole**
**P.O. Box 112**
**Seminole, OK 74818-0112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318.75**

**OUTLAW CUSTOM**
**P.O BOX 1661**
**PAMPA, TX 79066-1661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,812.55**

**P3 Electric Company**
**10321 NW 45th Street**
**Yukon, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pablo Lopez**
**2804 Rosewood Ln**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Parks Pumpjacks**
**27108 E. 82nd St**
**Broken Arrow, OK 74014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,560.49** |
|---|---|---|---|

**Pason Systems USA Corp**
**7701 West Little York**
**Suite 800**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patman Farms**
**318 FM 2488**
**Covington, TX 76636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$581.63** |
|---|---|---|---|

**Patriot Chemicals & Services, LLC**
**2601 NW Expressway**
**Suite 605 W**
**Oklahoma City, OK 73112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.69** |
|---|---|---|---|

**Payton Machine and Supply**
**P.O. Box 387**
**Borger, TX 79008-0387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perryton Transport LLC**
**P.O.Box 735**
**Perryton, TX 79070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Poor Boy's Instrument, Inc Bear Weight I**
**631 E. Pancake**
**Liberal, KS 67901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$444.00** |
|---|---|---|---|

**Premier OilField Group**
**11335 Clay Road, Ste 180**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Property Leverage Holding, LLC**
7402 Arbor Oaks
Dallas, TX 75248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Prosperity Bank**
c/o Charlotte M. Rasche
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,365.00**

**PSE Crane & Rigging Panhandle Steel Erec**
PO Box 31270
Amarillo, TX 79120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Quarter Circle Properties, LLC**
2524 Infinty Place
Colorado Springs, CO 80918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,780.90**

**Quasar Energy Services, Inc**
3288 FM 51
Gainesville, TX 76240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Quick Charge Corporation**
1032 S.W. 22nd St.
Oklahoma, City, OK 73109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,235.60**

**R.K. PIPE & SUPPLY, LLC**
4115 S. LEWIS ST
PORT OF IBERIA
NEW IBERIA, LA 70560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **MXP Operating LLC**

Name

Case number *(if known)* _____

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ralph Colbert**
**24483 Burgess Lane**
**Tecumseh, OK 74863**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Raul Sandoval**
**1734 E. Hedrich Dr**
**Unit C**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ReidPrographics**
**6800 N Shartel Ave**
**Oklahoma City, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,126.00** |

**Reliant Technologies**
**2000 E 21 ST**
**Hays, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Renco Tool Co., Inc**
**P.O. Box 602**
**Perryton, TX 79070-0602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ricardo Armendaris**
**1203 S Hobart**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,327.50** |

**Rio Mesa Energy Services LLC**
**P.O. Box 993**
**Perryton, TX 79070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.173** | Nonpriority creditor's name and mailing address
**RK Oilfield Services, LLC**
**1004 W. Hartford Ave.**
**Ponca City, OK 74601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.174** | Nonpriority creditor's name and mailing address
**Robert East**
**3147 Cattleguard Rd**
**Cuerto, TX 77954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.175** | Nonpriority creditor's name and mailing address
**Robert Lee Berry Jr**
**418 East Oak St**
**Maud, OK 74854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.176** | Nonpriority creditor's name and mailing address
**Robert Leetka JR**
**1312 Parker St**
**Shawnee, OK 74081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.177** | Nonpriority creditor's name and mailing address
**Rod Pumps, Inc**
**P.O. Box 972**
**Stroud, OK 74079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178** | Nonpriority creditor's name and mailing address
**Rodney Ray Lucy**
**1031 FM 534**
**Mathis, TX 78368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179** | Nonpriority creditor's name and mailing address
**Saul Rivera**
**1402 N Apache St**
**Amarillo, TX 79107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,940.00**

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,207,631.79** |
|---|---|---|---|

**Scientific Drilling Scientific Drilling**
**16701 Greenspoint Park Dr**
**Suite 200**
**Houston, TX 77060**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scorpion Pump and Industrial**
**PO BOX 95246**
**OKLAHOMA CITY, OK 73143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SDS Holding, LLC**
**P.O. 113313 Anchorage**
**Anchorage, AK 99511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sector Transport Logistics**
**514 Regentview Dr**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Select Energy Services LLC**
**PO Box 203997**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,108.00** |
|---|---|---|---|

**Sergio I Resendez**
**920 S Banks St**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherry Leetka Little Creek**
**304 N Eastern Ave**
**Shawnee, OK 74081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,316.32**

Smith Bits
P.O. Box 732136
Dallas, TX 75373-2136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Smith Manus
2307 River Road
Suite 200
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Sonia Szyczewski
109 E. 4th Street
Apt. B
Keene, TX 76059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,715.03**

Star Construction Equipment Rentals
1418 N. Main Street
Borger, TX 79007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.00**

Star Pipe Service, Inc
P.O Box 6518
Moore, OK 73153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,425.00**

Summit Laydown Services Inc.
P.O. Box 34300
Fort Worth, TX 76162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,634.67**

Super Heaters LLC
PO Box 421328
Houston, TX 77242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address

**Superior Tool Services, INC**
**P.O. Box 725**
**Bristow, OK 74010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,728.00**

---

**3.195** | Nonpriority creditor's name and mailing address

**SWADLEY OILFIELD SUPPLY, INC**
**P.O. BOX 552**
**HOLDENVILLE, OK 74848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$577.92**

---

**3.196** | Nonpriority creditor's name and mailing address

**T.L.C RENTALS, INC**
**P.O. BOX 487**
**CANUTE, OK 73626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39,009.02**

---

**3.197** | Nonpriority creditor's name and mailing address

**Taurex Drill Bits**
**2601 Venture Dr**
**Norman, OK 73069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198** | Nonpriority creditor's name and mailing address

**Taylor Consulting, LLC**
**4785 Shawnee Terrace**
**Wellsville, KS 66092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199** | Nonpriority creditor's name and mailing address

**Tec Well Service LLC**
**PO Box 1577**
**Gainesville, TX 76241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200** | Nonpriority creditor's name and mailing address

**Terry Joe Robertson**
**1420 Hobert St**
**PAMPA, TX 79065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Total Wellhead & Rental Tools, LLC**
P.O. Box 1068
401 S Juniper
Perryton, TX 79070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tracey D Harjo**
800 Lexington ST LOT 207
Norman, OK 73069-8916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tracy Fidler**
44267 Turkey Hill Rd
ASHER, OK 74826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Travis Newberry**
P.O. Box 1752
Ada, OK 74821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,557.19**

**Triangle Well Servicing**
P.O. Box 1159
Pampa, TX 79066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**True Stell, LLC**
19380 CR 1590
Ada, OK 74820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tyler Woodruff**
11980 NS 3600
Seminole, OK 74818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MXP Operating LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.208** | **Nonpriority creditor's name and mailing address**

**Tytan Poly Services, LLC**
PO Box 416
Prague, OK 74864

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209** | **Nonpriority creditor's name and mailing address**

**Underwood Attorneys at Law**
PO Box 9158
Amarillo, TX 79105-9158

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210** | **Nonpriority creditor's name and mailing address**

**United String Up Company LLC**
PO Box 52354
Midland, TX 79710

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$16,000.00**

---

**3.211** | **Nonpriority creditor's name and mailing address**

**United Vision Logistics**
4021 Ambass Caffery Pky
Lafayette, LA 70503

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212** | **Nonpriority creditor's name and mailing address**

**VT Interests LLC Dba
Technology**
PO Box 159
Floresville, TX 78114

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213** | **Nonpriority creditor's name and mailing address**

**Wallace Acid - Frac LLC**
P.O. Box 1281
Seminole, OK 74818

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,329.27**

---

**3.214** | **Nonpriority creditor's name and mailing address**

**Wayne Beninger**
1511 Missouri St. #3
Houston, TX 77006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** | Nonpriority creditor's name and mailing address

**WEATHERFORD INTERNATIONAL**
**2000 Saint James Place**
**Houston, TX 77056-4123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,787.75**

---

**3.216** | Nonpriority creditor's name and mailing address

**William Black**
**P.O Box 104**
**Asher, OK 74826**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217** | Nonpriority creditor's name and mailing address

**Wise Electric Cooperative, Inc**
**1900 N Trinity**
**Decatur, TX 76234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218** | Nonpriority creditor's name and mailing address

**WolfePak Software, LLC**
**2901 South 1st**
**Abilene, TX 79605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219** | Nonpriority creditor's name and mailing address

**WP Software Consultants, LLC**
**2901 South 1st**
**Abilene, TX 79605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220** | Nonpriority creditor's name and mailing address

**WP Software Consultants, LLC**
**2901 S First St.**
**Albine, TX 79605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221** | Nonpriority creditor's name and mailing address

**XP Oilfield Consultants LLC**
**318 FM 2488**
**Covington, TX 76636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,120,954.20**

---

| Debtor | **MXP Operating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$557,059.77** |
|---|---|---|---|

**Yellow Jacket Oilfield Services LLC**
P.O Box 841516
Dallas, TX 75284-1396

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yommie Monahwee**
P.O Box 686
Okmulgee, OK 74447

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Young Tool Company LLC**
PO Box 1122
Drumright, OK 74030

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$825.00** |
|---|---|---|---|

**ZdScada, LP**
1918 Sybil Lane
Tyler, TX 75703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,603,928.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,603,928.21 |

**Fill in this information to identify the case:**

Debtor name  **MXP Operating LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Operating Agreement** |
| State the term remaining | |
| List the contract number of any government contract      _____ | **Seven Energy Investments, LLC** |

**Fill in this information to identify the case:**

Debtor name **MXP Operating LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **MXP Operating LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$538,316.00** |
   | **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,753,427.00** |
   | **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,909,584.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    **MXP Operating LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **pakEnergy LLC** | | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Rachel Patman** | salary and reimbursement | $69,982.82 | |
| 4.2. **Michael Patmam** | salary | $18,500.00 | |
| 4.3. **XP Oilfield Consultants LLC** | | $460,025.00 | **Services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Seven Energy Investments et al v. MXP**<br>CJ 2022-123 | suit on debt | **Seminole County Court**<br>**P.O. Box 130**<br>**Wewoka, OK 74884** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **MXP Operating LLC**                                                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **APS Technology, Inc and Scienific Drilling . v Debtor 2302** | **suit on debt** | **31st Judicial Distrcit Court 401 Main Street Wheeler, TX 79096** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Eric Liepins PC 12770 Coit Road Dallas, TX 75251** | | | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **MXP Operating LLC**                                                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | MXP Operating LLC | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **MXP Operating LLC**                                                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Eduardo Garcia** | |
| 26a.2.    **Sonia Susanaga** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **6**

Debtor    **MXP Operating LLC**    Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rachel Patman | | | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Patman | | CFO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See 4 above** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   **MXP Operating LLC**                                                      Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 10, 2023**

**/s/ Rachel T. Patman, Esq.**                    **Rachel T. Patman, Esq.**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Texas

In re   **MXP Operating LLC**                                    Case No.

Debtor(s)                           Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rachel Patman** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 10, 2023**                    Signature   **/s/ Rachel T. Patman, Esq.**

**Rachel T. Patman, Esq.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Revised 12/1/2009                                                                                    LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re __MXP Operating LLC_____          Case No. _____

                                              Debtor(s)          Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge.

Date:   __August 10, 2023_____          __/s/ Rachel T. Patman, Esq._____
                                              __Rachel T. Patman, Esq./Managing Member__
                                              Signer/Title

Software Copyright (c) 1996-2022, Best Case, LLC - www.bestcase.com

1888 Industrial Services LLC
PO Box 1220
Ault, CO 80610

A&B Construction and Hauling
11721 NS 3540
Seminole, OK 74868

Ada Energy Services, LLC
621 W Northwest Highway
Suite 257
Dallas, TX 75225

Advanced Products & Systems Technology
7 Laser Ln
Wallingford, CT 06492-1928

Aeon Gas Measurement, LLC
PO BOX 570
Tulsa, OK 74101

Alan Deane Pierce
112 Lake Bridge Ln
League City, TX 77573

Aldo Cesar Olivo
205 10th Street
Canadian, TX 79014

Alfredo Eduardo Renteria
1601 W Somerville St, APT 713
Pampa, TX 79065

Alfredo Renteria
1610 N Russell St
Pampa, TX

Alphonso/Nancy W./H.Mayers/Mayers
P.O. Box 475
Cleveland, NC 27013

Altus Global Trade Solutions
2400 Veternas Memorial Blvd
Suite 300
Kenner, LA 70062

Angel Chavira
505 N Dwight Street
Pampa, TX 79065

Angel Damian Monarrez
717 N Doucette ST
Pampa, TX 79065

Apala Welding
13162 NS 3650
Wewoka, OK 74884

Arturo Martinez
2308 S Houston St
Amarillo, TX 79103

Arturo Posadas
2308 S Houston St
Amarillo, TX 79103

AT&T Mobility
P.O BOX 6463
CAROL STREAM, IL 60197-6463

AWL Muddlogging Services
221 W 12th Street
Ada, OK 74820

B&H Construction, LLC
301 James Dean Dr.
Norman, OK 73072-9793

B.O.P. Ram-Block & Iron Rentals, Inc
P.O. Box 872
Weatherford, OK 73096

Bailey's Well Service. LLC
110149 N. 3720 Rd
Okemah, OK 74859

Baker Hughes Oilfield Operations LLC
P.O BOX 301057
DALLAS, TX 75303-1057

BCB Services, LLC
5524 Country Road 304
Grandview, TX 76050

Big A Services
1124 Cottonwood
Ada, OK 74820

Billy Sharber
P.O. Box 71
Konawa, OK 74849

Bison Oilfield Services LLC
PO Box 248819
Oklahoma City, OK 73124

Blevins Oilfield Sales & Service
30243 N 2969 Rd
Cashion, OK 73016

Brandon Burton
102 S Harvey St
Wewoka, OK 74884

Brandon Dyke
46069 Sarges Rd.
Tecumseh, OK 74873

C & C Tank Truck Service, Inc
PO Box 150
Holdenville, OK 74848

C & J Trucks, LLC
3416 Hwy 99 N
Seminole, OK 74868

Cade Moncrief
2282 CS 2815
Chickasha, OK 73018

Cade Scott Muncrief
2282 CS 2815
Chickasha, OK 73018

CAN Global USA Inc
4740 United Dr
Oklahoma City, OK 73179

Canadian Water Well Rental, LLC
10920 US Hwy 60
Canadian, TX 79014

Cesar Mondragon
414 Giraud Avenue
Canadian, TX 79014

Cesar Morales
612 N Bradley Dr
Pampa, TX 79065

Charles B. Davis
207 West Main
Suite 200
Norman, OK 73069

Christopher Lee Wells
7129 S Santa Fe Avenue A
Oklahoma City, OK 73139

Circle G Construction
301 South Bailey
Electra, TX 76360

Clean Sweep Rentals, LLC
P.O BoX 2226
Seminole, OK 74818

Complete Energy Services Inc
PO Box 3907
Enid, OK 73702

Control Flow Inc.
PO Box 40788
Houston, TX 77064

Core Laboratories LP
6316 Windfern
Houston, TX 77040

Cudd Pressure Control, Inc
PO Box 203379
Dallas, TX 75320

D&L Wishbone, LLC
4929 Scenic Rte
Casper, WY 82601

D.J.F. Services, Inc
PO Box 150
Holdenville, OK 74848

Dakota Pruitt
1920 S 22nd St, Apt 4
Chickasha, OK 73018

Damian Monarrez
717 N Doucette St
Pampa, TX 79065

Daniel Barnhill
8787 Denman Road
Lexington, OH 44904

Davenport Service Company
PO Box 834
Cleburne, TX 76033

David Lopez
1001 Tina Street
Cleburne, TX 76031

DAVID PAT PATMAN
PO BOX 628
RIO VISTA, TX 76093

Davis & Davis Machine Shop, Inc
111 East Wise Street
Bowie, TX 76230

Davis Geomatics, LLC Professional Geomat
PO Box 4061
Amarillo, TX 79116-4061

Dean's Casing Service
PO Box 787
Holdenville, OK 74848

Dedicated Electric LLC
2717 Hill Lane
Cleburne, TX 76031

Derrick Humphries
404 North 9th St
Tonkawa, OK 74653

Divergent Acquisitions Group, LLC
102 N. College Ave. Suite 1023
Tyler, TX 75702

Don Ellis Engine Service, Inc
35554 EW 120
Seminole, OK 74868

Earl Neatherlin, Inc
11456 St Hwy 6
Avoca, TX 79503

Edge Services
P.O. Box 609
Woodward, OK 73802

EFRAIN SILVA
925 S Banks
Pampa, TX 79065

Electric Service Company, Inc
PO Box 192
Seminole, OK 74818-0192

Elite Casing Services
PO Box 555
Woodward, OK 73802-0555

Ellis Leasing Company
35554 EW 1120
Seminole, OK 74868

Enrique Valenzuela
419 2nd Street
Canadian, TX 79014

Environmental Testing Inc
4619 N Santa Fe Avenue
Oklahoma City, OK 73118

Excell Services LLC
36629 US Highway 385
Wray, CO 80758

Express Development Inc.
8580 County Road 167
McKinney, TX 75071

Fernando Mendez
1120 S. Dwight Street
Pampa, TX 79065

Filtration & Hose Specialties, LLC Filtr
1505 S. Treadaway Blvd
P.O Box 1619
Abilene, TX 79602

Flint Equipment LLC
PO Box 311
Drumright, OK 74030

Flying A Enterprises LLC A&B Constructio
11721 NS 3540
Seminole, OK 74868

Fred's Rathole, LLC
208 NE 3DR ST
OK 73052

Frontier Fuel Co.
323 Denver Ave.
PO Box 128
Dalhart, TX 79022

Gabriel Castro
822 N Sommerville Street
Pampa, TX 79065

Gabriel Hernandez
1128 S Dewight St
Pampa, TX 79065

General, Inc.
PO Box 504
Laverne, OK 73848

Global Drill Service, LLC
147 Dayspring Lane
Morrisdale, PA 16858

H&H Oilfield Supply, Inc
3625 Sienna Ridge Dr
New Castle, OK 73065

Hair's Construction
911 Broadway
Seminole, OK 74868

Hale's Rocking H Transport, LLC
P.O. Box 1267
Seminole, OK 74818

Heartland Energy Solutions, LLC
PO Box 548
El Reno, OK 73036

Hector Olivo Cardenas
711 E. Elsie Ave
Canadian, TX 79014

Henderson Rig & Equipment
6750 Bender Rd
Humble, TX 77396

Henderson Supply LLC
P.O. Box 906
Duncan, OK 73534

Herriman Oilfield Services, LLC
13998 NS 3520
Konawa, OK 74849

Herzfeld Fabricators
PO Box 2325
Whicita Falls, TX 76307

Hooten Oil, LLC
12583 South Highway 99
Seminole, OK 74868

Hoss Service LLC
809 SW 29th Street
El Reno, OK 73036

Hundley Hydraulic
PO Box 656
Grandview, TX 76050

I-Com Battery Supply co
201 N. Kickapoo Ave
Shawnee, OK 74801

ImCooter Data LLC
1528 Moody Lane
Glen Rose, TX 76043

Impulse Downhole Tools
546 Stonegate Dr
Katy, TX 77494

Insurance Finance Company, LLC IFC
P.O. Box 315
Des Moines, IA 50306-1315

J & B Well Service, Inc
1002 Energy Drive
Albine, TX 79602

Jack's Flex Pipe LLC
P.O BoX 71
Konawa, OK 74849

JACOB WARREN CALHOUN
14014 NS 3470
Konawa, OK 74849

Jarod Wikinsen
901 NW CR 1420
Blooming Grove, TX 76626

Jason Blanton
P.O Box 846
Stroud, OK 74079

Jason K Tilton
63874 708 Trl Rd
Dawson, NE 68337

Jason Wayne Applegate
11585 CR E
Pampa, TX 79063

JAVIER SALAZAR
524 MAGNOLIA
PAMPA, TX 79065

JESSE CURREN
P.O. BOX 266
McLoud, OK 74851

Jesus Herrera
210 W 1st Street
PO Box 1115
Wheeler, TX 79096

JESUS MATOS
912 VARNON DR
PAMPA, TX 79065

Jesus Soto
1076 Prairie Dr
Pampa, TX 76065

Joel Dewaynne Subia
402 E Georgia
Anedarko, OK 73005

John Dickenson
802 Oklahoma St
Chickasha, OK 73018

John Thomas Mail
7202 North Pennsylvania St.
Indianapolis, IN 46240

Jon Mershawn Consulting Inc
100 W Lone Cedar Pike
Blooming Grove, TX 76626

Jordan Rodriguez
3865 State Hwy 92
Chickasha, OK 73018

Joseph Armstrong
324 Skyline Dr
Victoria, TX 77905

Joseph Santos
1709 South 13th St
Chickasha, OK 73018

Josue Silva
717 Doucette St
Pampa, TX 79065

Juan Chavira
1220 E. Darby
Pampa, TX 79065

Keith Ward
207 N 7th ST
Tonkawa, OK 74653

Kenneth Magness
19353 Aes RD
Spiro, OK 74959

Kinetic Business/Windstream
1720 Galleria Blvd
Charlotte, NC 28270

Lance Morris
611 S Harrison Crosbyton
Crosbyton, TX 79322

Leonardo Reza
P.O. Box 694
Sayre, OK 73662

Liberty Packer Sales & Service, LLC
8408 Highway 277 South
Abiline, TX 79606

Lone Star Trailers
6610 N IH 35
Lacy Lakeview, TX 76705

LONGHORN WELL TESTING, LLC
420 WEST THIRD ST.
MCLEAN, TX 79057

LRM Pipe LLC
369 EAST 8th Street
CO 80631

Luis Antonio Perez
25338 US Hwy 270 #40
Woordward, OK 73801

Luis Armendariz
425 N Dwight ST
PAMPA, TX 79065

Makaata Holdings, LLC
P.O. Box 4470
State Line, NV 89449-4470

Mallard Oilfield Equipment
125 N Sunnylane
Moore, OK 73160

Marcos Resendez
524 N Lefors St
Pampa, TX 79065

Marlon Petsemoie
25482 S.H. 1E
ALLEN, OK 74825

Martin Ochoa
640 Locust Street
Canadian, TX 79014

Matt Branson
415 W Lawrence
Blackwell, OK 74631

Mcmains Law, P.C
201 N. Second Street
Seminole, OK 74818

Melissa Wallace
3721 NW 25TH ST
OKLAHOMA CITY, OK 73107

MHS Services LLC
510 S Highland Street
Ada, OK 74820

Michael Patman
318 FM 2488
Covington, TX 76636

Miller Pump Systems, LLC
PO Box 140720
Broken Arrow, OK 74014

Morris Powell
46205 WESTECH RD
SHAWNEE, OK 74804

MSH LLC
11038 Sate Hwy 99N
Ada, OK 74820

MXP Operating LLC
318FM 2488
Covington, TX 76058

Neumeier Drilling Fluids LLC
P.O. Box 753
Canadian, TX 79014

Nextlink Internet
95 Parker Oaks Lane
Hudson Oaks, TX 76087

Nortex Construction Co
834 SE 34th Avenue
Amarillo, TX 79103-5800

O & B Tank Co. Inc
512 W Hwy 15
Darrouzett, TX 79024

OLG Seminole
P.O. Box 112
Seminole, OK 74818-0112

OUTLAW CUSTOM
P.O BOX 1661
PAMPA, TX 79066-1661

P3 Electric Company
10321 NW 45th Street
Yukon, OK 73099

Pablo Lopez
2804 Rosewood Ln
Pampa, TX 79065

Parks Pumpjacks
27108 E. 82nd St
Broken Arrow, OK 74014

Pason Systems USA Corp
7701 West Little York
Suite 800
Houston, TX 77040

Patman Farms
318 FM 2488
Covington, TX 76636

Patriot Chemicals & Services, LLC
2601 NW Expressway
Suite 605 W
Oklahoma City, OK 73112

Payton Machine and Supply
P.O. Box 387
Borger, TX 79008-0387

Perryton Transport LLC
P.O.Box 735
Perryton, TX 79070

Poor Boy's Instrument, Inc Bear Weight I
631 E. Pancake
Liberal, KS 67901

Premier OilField Group
11335 Clay Road, Ste 180
Houston, TX 77041

Property Leverage Holding, LLC
7402 Arbor Oaks
Dallas, TX 75248

Prosperity Bank
c/o Charlotte M. Rasche
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478

PSE Crane & Rigging Panhandle Steel Erec
PO Box 31270
Amarillo, TX 79120

Quarter Circle Properties, LLC
2524 Infinty Place
Colorado Springs, CO 80918

Quasar Energy Services, Inc
3288 FM 51
Gainesville, TX 76240

Quick Charge Corporation
1032 S.W. 22nd St.
Oklahoma, City, OK 73109

R.K. PIPE & SUPPLY, LLC
4115 S. LEWIS ST
PORT OF IBERIA
NEW IBERIA, LA 70560

Ralph Colbert
24483 Burgess Lane
Tecumseh, OK 74863

Raul Sandoval
1734 E. Hedrich Dr
Unit C
Tucson, AZ 85719

ReidPrographics
6800 N Shartel Ave
Oklahoma City, OK 73116

Reliant Technologies
2000 E 21 ST
Hays, KS 67601

Renco Tool Co., Inc
P.O. Box 602
Perryton, TX 79070-0602

Ricardo Armendaris
1203 S Hobart
Pampa, TX 79065

Rio Mesa Energy Services LLC
P.O. Box 993
Perryton, TX 79070

RK Oilfield Services, LLC
1004 W. Hartford Ave.
Ponca City, OK 74601

Robert East
3147 Cattleguard Rd
Cuerto, TX 77954

Robert Lee Berry Jr
418 East Oak St
Maud, OK 74854

Robert Leetka JR
1312 Parker St
Shawnee, OK 74081

Rod Pumps, Inc
P.O. Box 972
Stroud, OK 74079

Rodney Ray Lucy
1031 FM 534
Mathis, TX 78368

Saul Rivera
1402 N Apache St
Amarillo, TX 79107

Scientific Drilling Scientific Drilling
16701 Greenspoint Park Dr
Suite 200
Houston, TX 77060

Scorpion Pump and Industrial
PO BOX 95246
OKLAHOMA CITY, OK 73143

SDS Holding, LLC
P.O. 113313 Anchorage
Anchorage, AK 99511

Sector Transport Logistics
514 Regentview Dr
Houston, TX 77079

Select Energy Services LLC
PO Box 203997
Dallas, TX 75320

Sergio I Resendez
920 S Banks St
Pampa, TX 79065

Seven Energy Investments, LLC

Sherry Leetka Little Creek
304 N Eastern Ave
Shawnee, OK 74081

Smith Bits
P.O. Box 732136
Dallas, TX 75373-2136

Smith Manus
2307 River Road
Suite 200
Louisville, KY 40206

Sonia Szyczewski
109 E. 4th Street
Apt. B
Keene, TX 76059

Star Construction Equipment Rentals
1418 N. Main Street
Borger, TX 79007

Star Pipe Service, Inc
P.O Box 6518
Moore, OK 73153

Summit Laydown Services Inc.
P.O. Box 34300
Fort Worth, TX 76162

Super Heaters LLC
PO Box 421328
Houston, TX 77242

Superior Tool Services, INC
P.O. Box 725
Bristow, OK 74010

SWADLEY OILFIELD SUPPLY, INC
P.O. BOX 552
HOLDENVILLE, OK 74848

T.L.C RENTALS, INC
P.O. BOX 487
CANUTE, OK 73626

Taurex Drill Bits
2601 Venture Dr
Norman, OK 73069

Taylor Consulting, LLC
4785 Shawnee Terrace
Wellsville, KS 66092

Tec Well Service LLC
PO Box 1577
Gainesville, TX 76241

Terry Joe Robertson
1420 Hobert St
PAMPA, TX 79065

Total Wellhead & Rental Tools, LLC
P.O. Box 1068
401 S Juniper
Perryton, TX 79070

Tracey D Harjo
800 Lexington ST LOT 207
Norman, OK 73069-8916

Tracy Fidler
44267 Turkey Hill Rd
ASHER, OK 74826

Travis Newberry
P.O. Box 1752
Ada, OK 74821

Triangle Well Servicing
P.O. Box 1159
Pampa, TX 79066

True Stell, LLC
19380 CR 1590
Ada, OK 74820

Tyler Woodruff
11980 NS 3600
Seminole, OK 74818

Tytan Poly Services, LLC
PO Box 416
Prague, OK 74864

Underwood Attorneys at Law
PO Box 9158
Amarillo, TX 79105-9158

United String Up Company LLC
PO Box 52354
Midland, TX 79710

United Vision Logistics
4021 Ambass Caffery Pky
Lafayette, LA 70503

VT Interests LLC Dba
Technology
PO Box 159
Floresville, TX 78114

Wallace Acid - Frac LLC
P.O. Box 1281
Seminole, OK 74818

Wayne Beninger
1511 Missouri St. #3
Houston, TX 77006

WEATHERFORD  INTERNATIONAL
2000 Saint James Place
Houston, TX 77056-4123

William  Black
P.O Box 104
Asher, OK 74826

Wise  Electric  Cooperative,  Inc
1900 N Trinity
Decatur, TX 76234

WolfePak  Software,  LLC
2901 South 1st
Abilene, TX 79605

WP Software  Consultants,  LLC
2901 S First St.
Albine, TX 79605

XP Oilfield  Consultants  LLC
318 FM 2488
Covington, TX 76636

Yellow  Jacket  Oilfield  Services  LLC
P.O Box 841516
Dallas, TX 75284-1396

Yommie  Monahwee
P.O Box 686
Okmulgee, OK 74447

Young  Tool  Company  LLC
PO Box 1122
Drumright, OK 74030

ZdScada,  LP
1918 Sybil Lane
Tyler, TX 75703

# United States Bankruptcy Court
### Eastern District of Texas

In re  **MXP Operating LLC** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MXP Operating LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 10, 2023** _____

Date

**/s/ Eric A. Liepins** _____

**Eric A. Liepins**

Signature of Attorney or Litigant

Counsel for   **MXP Operating LLC** _____

**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**