**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re MXP OPERATING LLC,<br><br>*Debtor in Possession.* | Bank. Case No. 23-41446<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that The Kennedy Firm and Kirk Kennedy, Esq. are appearing in this Bankruptcy Case as counsel for XP Oilfield Consultants, LLC ("XP") a trade creditor in this case and are also appearing for the Ad Hoc Committee of Trade Creditors of MXP Operating, LLC (the "Committee").[1]

Notice of pleadings, court filings, and all papers should be transmitted by ecf, electronic mail, and any and all other means required by the Rules to provide notice to the undersigned in accordance with the Rules of Bankruptcy Procedures including Rules 2002, 9010, and 9036 as follows:

Kirk Kennedy, Esq.
The Kennedy Firm
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
kkennedy@kennedyfirmtexas.com
832.646.9228

**The Kennedy Firm**

By: /s/ Kirk Kennedy
    Texas State Bar No. 00794080
    kkennedy@kennedyfirmtexas.com

8150 N. Central Expressway

---

[1] A separate notice and filing under Bankruptcy Rule 2019 will be filed with respect to the Committee and its membership.

10th Floor
Dallas, Texas 75206
(832) 646-9228 (Telephone)

**Counsel for XP Oilfield Consultants, LLC and the Ad Hoc Committee of Trade Creditors**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appearance was served on all parties in the above captioned case *via* ECF and by electronic mail on this 16th day of October 2023.

/s/ Kirk Kennedy
Kirk Kennedy