IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MPX OPERATING LLC, | § | Case No. 23-41446 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), Brandon Jones and Harrison Pavlasek of Bonds Ellis Eppich Schafer Jones LLP, hereby give notice of their representation of Neumeier Drilling Fluids, LLC ("**Neumeier**") in the above styled and numbered case, and request that copies of all notices of meetings, hearings, motions, notices to file claims, pleadings, etc., be provided to them at the address below.

H. Brandon Jones
Texas Bar I.D. No. 24060043
Harrison A. Pavlasek
Texas Bar I.D. No. 24126906
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6914 telephone
Brandon@bondsellis.com
Harrison.pavlasek@bondsellis.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, email, courier service, delivery, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver or consent by Neumeier (1) to trial by jury or trial by the bankruptcy court in any proceedings related to, arising in, or arising under to these cases or any case, controversy, or proceeding related to these cases, or (2) of any other rights, claims, actions, setoffs, or recoupments to which Neumeier is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Neumeier expressly reserves.

DATED: December 7, 2023

                                        Respectfully submitted,

                                        */s/  H. Brandon Jones*
                                        H. Brandon Jones
                                        Texas Bar I.D. No. 24060043
                                        Harrison A. Pavlasek
                                        Texas Bar I.D. No. 24126906
                                        BONDS ELLIS EPPICH SCHAFER JONES LLP
                                        420 Throckmorton Street, Suite 1000
                                        Fort Worth, Texas 76102
                                        (817) 405-6914 telephone
                                        Brandon@bondsellis.com
                                        Harrison.pavlasek@bondsellis.com

                                        ATTORNEYS FOR
                                        NEUMEIER DRILLING FLUIDS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of December, 2023, a copy of the foregoing document was served on all parties requesting service via the Court's CM/ECF system.

                                        */s/  H. Brandon Jones*
                                        H. Brandon Jones